David Spivak (SBN 179684)
    david@spivaklaw.com
THE SPIVAK LAW FIRM
9454 Wilshire Blvd., Ste 303
Beverly Hills, CA 90212
Telephone (310) 499-4730
Facsimile (310) 499-4739

Attorneys for Plaintiff,
DAMON ROGERS, and all others similarly situated

(additional attorneys listed on next page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMON ROGERS, on behalf of himself, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s),*<br><br>vs.<br><br>MYDATT SERVICES, INC., an Ohio Corporation, dba Block By Block; SMS HOLDINGS CORPORATION; a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendant(s).* | Case No.: 4:16-cv-03425-JSW<br>[Related to *Nikolay Levin v. Mydatt Services, Inc., et al.,* Case No. 4:16-cv-03423-JSW]<br><br>**STIPULATION TO VACATE PRE-TRIAL DATES AND DEADLINES AND REMAND THIS LAWSUIT TO THE ALAMEDA COUNTY SUPERIOR COURT**<br><br>Action filed:    April 21, 2016 |

**ADDITIONAL ATTORNEYS FOR PLAINTIFF**

Walter Haines (SBN 71075)
    walter@whaines.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave, Suite 201
Huntington Beach, CA 92649
Telephone:   (888) 474-7242
Facsimile:   (562) 256-1006

**ATTORNEYS FOR DEFENDANTS**

Gregory C. Cheng (SBN 226865)
    gregory.cheng@ogletreedeakins.com
Carolyn B. Hall (SBN 212311)
    carolyn.hall@ogletreedeakins.com
Susan T. Ye (SBN 281497)
    susan.ye@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, One Market Plaza, Suite 1300,
San Francisco, CA, 94105
Telephone:   (415) 442-4810
Facsimile:   (415) 442-4870

ii

IT IS HEREBY STIPULATED by and between plaintiff Damon Rogers ("Plaintiff"), by and through his counsel of record, David Spivak of The Spivak Law Firm, and Defendants Mydatt Services, Inc., dba Block-by-Block, and SMS Holdings Corporation (together, "Defendants"), by and through its counsel of record, Gregory C. Cheng, Carolyn B. Hall, and Susan T. Ye of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (hereinafter "the Parties") as follows:

WHEREAS, on September 23, 2016, the Court set a schedule of pre-trial dates and deadlines in its Civil Minute Order (ECF Docket No. 26). The following pre-trial dates and deadlines have yet to be completed:

1. Deadline to file class certification motion: 11-3-17;
2. Opposition to class certification motion due: 12-29-17;
3. Reply to class certification motion due: 1-26-18;
4. Hearing on Motion for Class Certification: 2-9-18 at 9:00 a.m.;
5. Close of fact discovery: 4-25-18;
6. Close of expert discovery: 6-19-18;
7. Dispositive Motion filing date: 5-25-18; and
8. Hearing on dispositive motions (if any): 6-29-18 at 9:00 a.m.

WHEREAS, on February 23, 2017, the Parties in this lawsuit and the related lawsuit, *Nikolay Levin v. Mydatt Services, Inc., et al.*, Case No. 4:16-cv-03423-JSW, mediated with Steven G. Pearl, Esq. The Parties reached an agreement on the essential terms of a proposed class action settlement. As part of the proposed settlement, the Parties request that this Court vacate all pre-trial dates and deadlines and remand this lawsuit to the Superior Court for the State of California, County of Alameda for purposes of settlement approval and administration.

WHEREAS, the Parties also agree that Defendants' foregoing consent to remand this lawsuit to the Superior Court for the State of California for settlement purposes does not constitute a waiver of their right to a federal forum. To that end, the Parties agree that, should the Superior Court not grant preliminary, and then final, approval of the Parties' proposed class action settlement, plaintiffs Damon Rogers and Nikolay Levin will not challenge Defendants'

1

*Rogers v. Mydatt Services, Inc., et al.*                Stipulation to Vacate Pre-Trial Deadlines and
                                                         Remand to Alameda Superior Court
                                                         Case No.: 4:16-cv-03425-JSW

removal of this lawsuit to the United States District Court for the Northern District of California.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, that this Court vacate all pre-trial dates and deadlines set forth in the Court's September 23, 2016 Order (Docket No. 26) and remand this lawsuit to the Superior Court for the State of California, County of Alameda.

IT IS SO STIPULATED.

THE SPIVAK LAW FIRM

Dated: May 25, 2017          By /s/ David Spivak_____
                                DAVID SPIVAK, Attorney for Plaintiff,
                                DAMON ROGERS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Dated: May 25, 2017          By /s/ Carolyn B. Hall_____
                                GREGORY C. CHENG
                                CAROLYN B. HALL
                                SUSAN T. YE
                                Attorneys for Defendants, MYDATT SERVICES, INC. and SMS HOLDINGS CORPORATION

29773318.1

2