# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON ROGERS, on behalf of himself, and all others similar situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>MYDATT SERVICES, INC., an Ohio Corporation, dba Block By Block; SMS HOLDINGS CORPORATION; a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendant(s).* | Case No.: 4:16-cv-03425-JSW<br>[Related to *Nikolay Levin v. Mydatt Services, Inc., et al.,* Case No. 4:16-cv-03423-JSW]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO VACATE PRE-TRIAL DEADLINES AND REMAND TO ALAMEDA SUPERIOR COURT**<br><br>Action filed:  April 21, 2016 |

1

*Rogers v. Mydatt Services, Inc., et al.*    Order on Stipulation to Vacate Pre-Trial Deadlines
and Remand to Alameda Superior Court
Case No.: 4:16-cv-03425-JSW

**ORDER**

The Court has reviewed the Parties' stipulation to vacate pre-trial dates and deadlines and remand this lawsuit to the Superior Court for the State of California, County of Alameda for purposes of settlement approval and administration.

GOOD CAUSE APPEARING THEREFOR, the stipulation is hereby GRANTED. All pre-trial dates and deadlines set forth in this Court's Civil Minute Order (ECF Docket No. 26) are hereby vacated and the above-entitled lawsuit is hereby remanded to the Superior Court for State of California, County of Alameda.

**IT IS SO ORDERED.**

Dated __May 26__, 2017        _____
                              HON. JEFFREY S. WHITE
                              U.S. DISTRICT COURT JUDGE

29773300.1

2

*Rogers v. Mydatt Services, Inc., et al.*    Order on Stipulation to Vacate Pre-Trial Deadlines
                                              and Remand to Alameda Superior Court
                                              Case No.: 4:16-cv-03425-JSW